# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSELLE RAMIN REAMICO,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:19-cv-06562-VEB<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEYS' FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,000.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:    March 29, 2021

/S/ VICTOR E. BIANCHINI
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE